USA

V.                                          97 CR048-01

SANDRA ALEMAN

## MOTION REQUESTING EARLY TERMINATION

NOVEMBER 10, 2006

HON. SALVADOR E. CASELLAS:

My name is Sandra Aleman. I was given 5 years of Supervised Probation. To date, I have served 2 ½ years. My behavior. Reports, employment, attitude and family circumstances have all been excellent. I have abided all rules and regulation, therefore, thru this letter; I'm requesting your honor to please release me earlier from the rest of probation.

I have learned my lesson and will make sure I stay a model citizen.

Thank you greatly for your time and assistance.

Sincerely,

*Sandra Alemán*

Sandra Aleman