CR. 97CR-048-01

## TO WHOM IT MAY CONCERN:

NOVEMBER 10, 2006

My name is Sandra Aleman. I was arrested in March, 1997 by your agents. Upon my arrest my US Passport was confiscated and up to date has not been returned.

I would greatly appreciate it if your office could return my passport, at your earliest convenience.

Thank you for your time and assistance.

Sincerely,

*Sandra Aleman*

Sandra Aleman

RECEIVED & FILED
2006 DEC 12 AM 11:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR