AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | **CASE NUMBER:** CR97-048(SEC) |
| **SANDRA ALEMAN-DE JESUS, et. al.** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

|   |   |
|---|---|
| December 18th, 2006 | s/Scott H. Anderson |
| *Date* | **AUSA SCOTT H. ANDERSON** |
| | **USDC #20014** |
| | Torre Chardón, Room #1201 |
| | 350 Carlos Chardón Ave. |
| | San Juan, Puerto Rico 00918 |
| | (787) 766-5656 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18th, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

s/Scott H. Anderson
**AUSA SCOTT H. ANDERSON**
**USDC #20014**
Assistant U.S. Attorney