IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff<br><br>v.<br><br>**SANDRA ALEMAN-DE JESUS**, Defendant | CRIMINAL NO. 97-048(SEC) |

## MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S MOTION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASE TERM

COMES NOW the United States of America, through its undersigned attorneys, and to this Honorable Court it is very respectfully alleged and prayed as follows:

1. On December 21, 2006, Defendant Sandra Aleman-de Jesus filed a Motion Requesting Early Termination of Supervised Release Term.

2. By order of this Honorable Court, the United States' response is due on January 17, 2007. The AUSA previously assigned this case was Sonia Torres who is no longer an employee of the United States Attorney's Office. AUSA Scott Anderson has been assigned the above-mentioned case but is out of the District of Puerto Rico on official business until January 16, 2007.

3. The United States respectfully requests a continuance of ten (10) days in order to provide the assigned AUSA sufficient time to be able to respond to the above mentioned motion.

Motion Requesting Extension of Time
U.S. v. Sandra Aleman-de Jesus
Crim. No. 97-048(SEC)
Page 2

WHEREFORE, the United States respectfully requests an extension of time of ten (10) days in order to submit its reply, that is until January 27, 2007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of January, 2007.

    ROSA EMILIA RODRIGUEZ-VELEZ
    UNITED STATES ATTORNEY

    S/ Jose A. Ruiz
    USDC No. 207701
    Chief, Criminal Division
    United States Attorney's Office
    Torre Chardón Suite 1201
    350 Carlos Chardón Street
    San Juan, Puerto Rico 00918
    Tel.   787-766-5656
    Fax    787-766-6222
    Jose.Ruiz3@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Johnny Rivera-Gonzalez, Esq.

    S/ Sonia Torres-Pabon
    Chief, Criminal Division