UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

        v.                      Cr. No. 3:97CR 048-01(SEC)

SANDRA ALEMAN
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #403**<br>**Motion Requesting Early Termination of Term of Supervised Release** | **DENIED.** On November 10, 2006, Defendant Sandra Alemán moved to ask the Court for early termination of her supervised release. See, Docket # 403. On January 16, 2007, the Government opposed Defendant's motion because it failed to provide any grounds that would warrant an early termination of her supervised release. We agree with the Government. The Defendant should consult with appointed counsel, Gabriel Hernández-Rivera, Esq., so that he can assist her in re-filing said motion, if warranted. The Probation Officer is **ORDERED** to provide Defendant Sandra Alemán with a copy of this order. |

DATE: January 22nd, 2007

                                                S/ *Salvador E. Casellas*
                                                SALVADOR E. CASELLAS
                                                United States District Judge